IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRELL TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>L. CHIU, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:11-cv-01374 AWI JLT (PC)<br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) However, as Plaintiff indicates in his complaint, he has accrued "three strikes" pursuant to 28 U.S.C. § 1915(g).[1] Thus, his application to proceed in forma pauperis may only be granted if he can demonstrate that he is in "imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

After a review of Plaintiff's complaint, the Court cannot determine whether Plaintiff faces an imminent danger of serious physical injury. Plaintiff alleges that prison officials are failing to protect him from other inmates who seek to harm him due to an incident "around children" in 2008. (Doc. 1

---

[1] The Court takes judicial notice of three previous actions filed by Plaintiff that have been dismissed as frivolous or for failure to state a claim. See United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980) (the court may take judicial notice of court records). First, in Bettis v. Paulson, CV 09-1544-UA-CT (C.D. Cal.), Plaintiff's action was dismissed as frivolous on April 13, 2009. Second, in Bettis v. Blackstone, 1:08-cv-01561-AWI-GSA (E.D. Cal.), Plaintiff's action was dismissed for failure to state a claim on September 11, 2009. Third, in Taylor v. U.S. Department of State, 1:10-cv-01892-LJO-JLT (E.D. Cal.), Plaintiff's action was dismissed for failure to state a claim on November 3, 2011.

1  at 19.) However, Plaintiff does not explain the nature of this incident, why other inmates want to harm
2  him, or what specific, present threats have been made against him. Therefore, it appears that Plaintiff
3  simply harbors a general, vague fear of being attacked.
4     Accordingly, within **fourteen (14) days** of the date of this order, Plaintiff shall show cause in
5  writing why he faces an imminent danger of serious physical injury. Plaintiff is firmly cautioned that
6  failure to file a response in accordance with this order will result in a recommendation denying his
7  motion to proceed IFP and/or that this action be dismissed.
8  IT IS SO ORDERED.
9  Dated: __August 19, 2011__                    __/s/ Jennifer L. Thurston__
                                                  UNITED STATES MAGISTRATE JUDGE