1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KIRELL TAYLOR,                          Case No. 1:11-cv-01374 AWI JLT (PC)

12          Plaintiff,                       ORDER DENYING PLAINTIFF'S MOTION
                                             FOR AN EXTENSION OF TIME
13      vs.
                                             (Doc. 5)
14   L. CHIU, et al.,

15          Defendants.

16   _____/

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C.

18   § 1983.  By order filed August 22, 2011, the Court ordered Plaintiff to show cause in writing why he

19   faces an imminent danger of serious physical injury for the purposes of proceeding in forma pauperis

20   in this case.  See 28 U.S.C. § 1915(g).  On August 29, 2011, Plaintiff filed a motion for an extension of

21   time to file a response to the order to show cause.  (Doc. 5.)  Plaintiff explains that he needs an extra

22   thirty or sixty days to acquire "the requisite documentary evidence" to support his affidavit establishing

23   that he faces an imminent danger of serious physical injury.  (Id.)

24          However, documentary evidence is not needed at this time.  Instead, Plaintiff is required merely

25   to explain how events that occurred in 2007 and 2008, related to the care Plaintiff received regarding

26   extraction of two wisdom teeth or the other events which occurred in 2010, place him in imminent

27   danger of serious physical injury.

28   ///

1

1    Therefore, it is **HEREBY ORDERED** that:

2         1.    Plaintiff's August 29, 2011 motion for an extension of time (Doc. 5) is **DENIED**;

3         2.    Within **14 days** of the date of this order, Plaintiff shall file a response to the Court's

4               August 22, 2011 order to show cause; and

5         3.    **Plaintiff is firmly cautioned that his failure to comply with this order will result in**

6               **a recommendation that his motion to proceed IFP be denied and/or that his lawsuit**

7               **be dismissed.**

8    IT IS SO ORDERED.

9    Dated:   **August 30, 2011**                                          **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28